ACCEPTED
01-15-00390-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
8/7/2015 3:44:56 PM
CHRISTOPHER PRINE
CLERK

No. 01-15-00390-CV

_____

IN THE FIRST COURT OF APPEALS
HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
8/7/2015 3:44:56 PM
CHRISTOPHER A. PRINE
Clerk

_____

JOHN T. PRESTON and C CHANGE INVESTMENTS, LLC,
Appellants,
v.

EMJO INVESTMENTS, LTD. and H.J. VON DER GOLTZ,
Appellees.

_____

On Appeal from the 215th District Court of Harris County, Texas,
Hon. Elaine H. Palmer, presiding
Trial Court Cause No. 2011-44058

_____

**APPELLANTS' UNOPPOSED MOTION
FOR EXTENSION OF TIME**

_____

TO THE HONORABLE FIRST COURT OF APPEALS:

Appellants John T. Preston and C Change Investments file this unopposed motion for an extension of time to file their reply brief, pursuant to Rule 10.5(b) of the Texas Rules of Appellate Procedure.

This is Appellants' first request for an extension of time to file their reply. Appellees filed their brief on July 29, 2015, making Appellants' reply due August 18, 2015.

Because the Appellants are appealing an interlocutory order denying their special appearances, this is an accelerated appeal. TEX. CIV. PRAC. & REM. CODE § 51.014(a)(7). This is not a parental termination or child protective case.

Appellants now request a two-week extension of time to file their reply brief, making it due Tuesday, September 1, 2015. Appellants' lead counsel requests this extra time because she has a pre-planned family vacation during the week of August 10. Appellants' lead counsel has also been working on matters including:

- No. 14-13-00352-CV; *BP Oil Pipeline Company v. Plains Pipeline, L.P.*; in the Fourteenth Court of Appeals; Motion for Rehearing filed August 5, 2015;

- No. 4:15-CV-1783; *Plains Gas Solutions, LLC v. Tennessee Gas Pipeline Company, LLC,* et al.; in the United States District Court for the Southern

District of Texas, Houston Division; presentation of argument supporting motion to remand scheduled August 10, 2015;

- No. 15-0502; *Noble Energy, Inc. v. ConocoPhillips Company*; in the Supreme Court of Texas; Petition for Review due August 19, 2015;

- No. 15-1428; *Rosebud LMS Inc. v. Adobe Systems Incorporated*; in the United States Court of Appeals for the Federal Circuit; Reply Brief due August 20, 2015.

Counsel for appellees, Emjo Investments, Ltd. and H.J. von der Goltz, does not oppose the relief requested in this motion.

WHEREFORE, Appellants John T. Preston and C Change Investments, LLC request a two-week extension of time to file their Reply Brief, making the brief due Tuesday, September 1, 2015.

Respectfully submitted,

**AHMAD, ZAVITSANOS, ANAIPAKOS,
ALAVI & MENSING, P.C.**


By: _/s/ Jane Langdell Robinson_
Jane Langdell Robinson
Texas Bar No. 24062970
Monica Uddin
Texas Bar No. 24075195
Jamie Aycock
Texas Bar No. 24050241
1221 McKinney Street, Suite 3460
Houston, Texas  77010
713.655.1101
713.655.0062 Fax

**ATTORNEYS FOR APPELLANTS
JOHN T. PRESTON and C CHANGE
INVESTMENTS, LLC**


## CERTIFICATE OF CONFERENCE

Under Texas Rule of Appellate Procedure 10.1(a)(5), I certify that on August 7, 2015, I conferred with Kelley M. Keller, attorney for Appellees Emjo Investments, Ltd. and H.J. von der Goltz.  Ms. Keller stated that appellees are not opposed to the relief requested in this motion.


_/s/   Jane Langdell Robinson_
Jane Langdell Robinson

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document was served on all counsel of record in this case, identified below, on August 7, 2015, by the electronic filing manager and/or by facsimile:

Kelley M. Keller
kkeller@ellison-keller.com
Tracey N. Ellison
ELLISON KELLER
5120 Woodway Dr., Suite 6019
Houston, Texas 77056
Telephone: 713-266-8200
Fax: 713-266-8201
Attorneys for Appellees Emjo
Investments, Ltd. and H.J. von der Goltz

Eric Fryar
eric@fryarlawfirm.com
Matthew Buschi
mbuschi@fryarlawfirm.com
FRYAR LAW FIRM, P.C.
State Bar No. 24070495
912 Prairie, Suite 100
Houston, Texas 77002-3145
Fax: 281-605-1888
Attorneys for all Intervenors/Plaintiffs

Asher Griffin
Chris Sileo
Sean Flammer
SCOTT, DOUGLASS &
MCCONNICO, LLP
600 Congress Ave., Ste 1500
Austin, Texas 78701-2589
Fax: 512-474-0731
Attorneys for Appellees Chalsys, MET,
and Lo

*/s/ Jane Langdell Robinson*
Jane Langdell Robinson
